# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 6, 2009

Charles R. Fulbruge III

Clerk

No. 08-30172

TOGA SOCIETY INC, doing business as Krewe of Aladdin

Plaintiff - Appellee-Cross-Appellant

v.

NEWELL NORMAND, Jefferson Parish Sheriff; JEFFERSON PARISH

Defendants - Appellants-Cross-Appellees

Appeal from the United States District Court for the Eastern District of
Louisiana, New Orleans

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.